**952**

James McDONALD, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

June 28, 1974.

Rehearing Denied Sept. 20, 1974.

Anthony M. Wilhoit, Public Defender, William C. Ayer, Jr., Asst. Public Defender, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Patrick B. Kimberlin III, Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

LOUISVILLE RACING CORPORATION and Sportservice Corporation, Appellants,

v.

Horace WADE and Leonard Fruchtman, Appellees.

Court of Appeals of Kentucky.

June 28, 1974.

Rehearing Denied Sept. 20, 1974.

Frank A. Garlove, Irwin G. Waterman, Louisville, and Morris, Garlove, Waterman & Johnson, Louisville, of counsel, for appellants.

Robert Matthews, Ronald D. Ray, Greenebaum, Grissom, Doll, Matthews & Boone, Louisville, for appellees.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

Preston BROUGHTON, Appellant,

v.

COMMONWEALTH of Kentucky, Appellee.

Court of Appeals of Kentucky.

June 28, 1974.

Rehearing Denied Sept. 20, 1974.

Anthony Wilhoit, Public Defender, Paul F. Isaacs, Asst. Public Defender, Frankfort, for appellant.

Ed Hancock, Atty. Gen., Douglas E. Johnson, Special Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Commissioner CULLEN, Affirming.*

Warren H. ASH, Appellant,

v.

Carol Loeb ASH, Appellee.

Court of Appeals of Kentucky.

Aug. 9, 1974.

E. F. Schaeffer, Jr., Kincaid, Wilson, Schaeffer, Trimble & Hembree, Lexington, J. L. Richardson, Jr., Richardson & Richardson, Louisville, for appellant.

Bernard B. Davis, Harry Lee Meyer, Handmaker, Weber & Meyer, Louisville, for appellee.

Memorandum Opinion PER CURIAM, Affirming.*

* Opinion ordered not to be published.